In the Matter of the Application of SEYMOUR LOWMAN, as Chamberlain of the City of Elmira, Respondent, to Compel the Delivery to Him of Books and Papers Belonging to Such Office and Now in Possession of HENRY J. HAASE, Appellant.

*Matter of Lowman,* 95 App. Div. 32, affirmed.
(Argued November 14, 1904; decided November 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 9, 1904, which affirmed an order of Special Term directing the appellant herein to deliver the books and papers appertaining to the office of chamberlain of the city of Elmira to the petitioner.

*Frederick Collin* for appellant.

*Richard H. Thurston* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.